IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ANGELA COGBURN                                                                                        PLAINTIFF

vs.                                         Civil No. 6:06-cv-06045

MICHAEL J. ASTRUE                                                                                  DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 19th day of June, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.


/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge